UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Paul Blackmer</u>

     v.         Civil No. 06-cv-158-PB

<u>Warden, Northern New Hampshire</u>
<u>Correctional Facility, et al</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 20, 2006.

SO ORDERED.

December 18, 2006        /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge

cc: Paul Blackmer, pros e