UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Paul Blackmer</u>

        v.                                        Case No. 06-cv-158-JL

<u>Major Dennis Cox, et al.</u>


<u>O R D E R</u>

     By order dated January 7, 2008, this case was reassigned to my civil case docket. Because I previously criminally prosecuted the wife of the plaintiff and became familiar with much of the evidence against the plaintiff during my employment with the New Hampshire Attorney General's Office, I recuse myself from this case and request the clerk reassign this matter.

     SO ORDERED.


Date: January 8, 2008                              ***/s/ Joseph N. Laplante***
                                                            Joseph N. Laplante
                                                             District Judge


cc:    Paul Blackmer, pro se
        Deborah B. Weissbard, Esq.